## LIZARDI, DEMANDANTE Y APELADO, v. MARRERO, DEMANDADO Y APELANTE.

No. 3309*—*Visto:* Noviembre 25, 1924. *Resuelto:* Diciembre 16, 1924.

DESESTIMACIÓN DE APELACIÓN—APELACIÓN—ÓRDENES APELABLES ANTES PERO NO DESPUÉS DE SENTENCIA.—Se desestimó el recurso en este caso por no ser apelable aunque haya sido dictada después de sentencia, una orden rehusando anular la resolución dictada en el curso del pleito para vender bienes fungibles embargados a fin de asegurar la efectividad de la sentencia. Siendo apelable con la sentencia la orden de venta, cualquier motivo de nulidad de que adoleciera esta última debió alegarse en la apelación contra la sentencia pero no después de ésta.

ID.—ÓRDENES QUE NO SON APELABLES.—Cuando la sentencia u orden son apelables por sí mismas, la apelación debe establecerse contra la sentencia o la orden, y no contra una orden subsiguiente rehusando anularlas.

MOCIÓN sobre desestimación de apelación. *Desestimada la apelación.*

R. Arce, abogado del apelante; C. Travecier y A. L. López, abogados del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

En este pleito fué embargada cierta cantidad de tabaco en rama del demandado para asegurar la efectividad de la sentencia que pudiera dictarse a favor del demandante, quien solicitó de la corte inferior que ordenase la venta de dicho tabaco por ser fungible y así lo decretó el tribunal en 9 de agosto de 1921. Más tarde recayó sentencia final en el pleito contraria al demandado y habiendo sido confirmada en apelación por este Tribunal Supremo solicitó entonces el demandado de la corte inferior que anulase la orden que dispuso la venta del tabaco, petición que fué negada el 25 de febrero de 1924, contra cuya resolución se interpuso el presente recurso de apelación cuya desestimación nos pide el apelado alegando que no es apelable.

Si bien el número tercero del artículo 295 del Código de Enjuiciamiento Civil autoriza la apelación contra providencia especial dictada después de sentencia, la que motiva este recurso no tiene ese carácter, pues si bien ha sido dictada después de sentencia, sin embargo, la cuestión de si dicha venta era procedente o no, fué resuelta antes de la senten-

cia y por tanto la negativa de su nulidad no resuelve una
cuestión no discutida en el pleito. *Ayoroa* v. *Sucesión Méndez,* 13 D.P.R. 286. Además, la resolución de 9 de agosto
de 1921 era apelable con la sentencia final del pleito de
acuerdo con el último párrafo de la sección 14 de la ley para
asegurar la efectividad de las sentencias (Comp. sec. 5246)
por lo que cualquier motivo de nulidad de que adoleciera la
orden de venta debió ser alegado en la apelación contra la
sentencia final y no después de ésta, pues según dijimos en
el caso de *Hernaiz Targa y Ca.* v. *Vivas,* 20 D.P.R. 109,
como regla general, no son apelables las órdenes denegatorias de otras anteriores apelables; y en ese caso transcribimos del caso de *Goyhinech* v. *Goyhinech,* 80 Cal. 409 (22
Pac. 175), lo siguiente: ''Cuando la sentencia u orden son
apelables por sí mismas, la apelación debe establecerse contra la sentencia o la orden, y no contra una orden subsiguiente rehusando anularlas.''

*La apelación debe ser desestimada.*